Opinion issued May 20, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00839-CV

———————————

SANDSTONE
PRODUCTS, INC., Appellant

V.

GOODRICH CORPORATION, Appellee



 



 

On Appeal from the 127th District Court 

Harris County, Texas



Trial Court Case No. 2002-27864B

 



MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P.
42.1(a)(1).

We overrule
all other pending motions as moot.  We direct the Clerk to issue mandate within 10 days of the
date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.